IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAEBURN BEDFORD                                                                                     PLAINTIFF

v.                                              No. 2:15-CV-02039

JOHN DOE; and INTERNATIONAL
PAPER COMPANY                                                                                   DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed this same date, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant International Paper Company are DISMISSED WITH PREJUDICE.

Plaintiff's claims against Defendant John Doe are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 31st day of May, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE